

SHAWN N. ANDERSON
United States Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

MATTHEW G. OLSEN
Assistant Attorney General for National Security
Brett C. Reynolds
Trial Attorney
Counterintelligence and Export Control Section
National Security Division, U.S. Department of Justice
Washington, D.C. 20530
Brett.Reynolds@usdoj.gov
(202) 233-2113 (office) / (202) 704-9720 (cell)

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ASIF WILLIAM RAHMAN,<br><br>Defendant. | MAGISTRATE CASE NO. 24-00142<br><br>**PETITION FOR WRIT OF REMOVAL** |

Petitioner, United States Attorney for the District of Guam, respectfully shows this Court that:

1. On November 7, 2024, the United States District Court for the Eastern District of Virginia filed an Indictment charging the Defendant, ASIF WILLIAM RAHMAN ("Defendant") with two counts of Willful Retention and Transmission of National Defense Information in violation of 18 U.S.C. § 793(e).

2. On November 7, 2024, the United States District Court for the Eastern District of Virginia issued a Warrant of Arrest for the Defendant to be brought to the Eastern District of Virginia, to answer to the charges of the Indictment. A copy of the Indictment and Warrant of Arrest are attached and incorporated herein as Exhibit 1.

3. On November 12, 2024, the Defendant was arrested in Cambodia and brought to

1

Guam.

WHEREFORE, petitioner prays this Court to issue a Writ of Removal pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure, for said Defendant from the District of Guam to the Eastern District of Virginia.

DATED this 13th day of November, 2024.

MATTHEW G. OLSEN
Assistant Attorney General

By: /s/ BRETT C. REYNOLDS
Trial Attorney
Counterintelligence and Export Control Section
National Security Division

FILED
IN OPEN COURT

NOV 7 2024

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:24-cr-249 |
| | ) | |
| v. | ) | Count One: 18 U.S.C. § 793(e) |
| | ) | (Willful Retention and Transmission of |
| ASIF WILLIAM RAHMAN, | ) | National Defense Information) |
| | ) | |
| *Defendant.* | ) | Count Two: 18 U.S.C. § 793(e) |
| | ) | (Willful Retention and Transmission of |
| | ) | National Defense Information) |

# INDICTMENT

November 2024 Term—Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

## GENERAL ALLEGATIONS

At all times material to this indictment:

### The Defendant

1. Defendant **ASIF WILLIAM RAHMAN** ("**RAHMAN**") was employed by the U.S. Government. In connection with his employment, **RAHMAN** held a TOP SECRET//Sensitive Compartmented Information security clearance and had access to classified information and information relating to the national defense ("National Defense Information").

### Classified Information

2. National security information was information owned by, produced by, produced for, and under the control of the United States government. Pursuant to Executive Order 12958 signed on April 17, 1995, as amended by Executive Order 13292 on March 25, 2003, and Executive Order 13526 on December 29, 2009, national security information was classified as "TOP SECRET," "SECRET," or "CONFIDENTIAL," as follows:

   a. Information was classified as TOP SECRET if the unauthorized disclosure of that information reasonably could be expected to cause exceptionally grave damage to

GOVERNMENT
EXHIBIT
1

the national security that the original classification authority was able to identify or describe.

    b.    Information was classified as SECRET if the unauthorized disclosure of that information reasonably could be expected to cause serious damage to the national security that the original classification authority was able to identify or describe.

    c.    Information was classified as CONFIDENTIAL if the unauthorized disclosure of that information reasonably could be expected to cause damage to the national security that the original classification authority was able to identify or describe.

    3.    Classified information related to intelligence sources, methods, and analytical processes was designated as Sensitive Compartmented Information ("SCI"). SCI was to be processed, stored, used, or discussed in an accredited Sensitive Compartmented Information Facility ("SCIF"), and only individuals with the appropriate security clearance and additional SCI permissions could have authorized access to such classified national security information.

    4.    Classified information, including SCI, was marked according to its classification and applicable SCI compartments, following standard formats for different types of media, including headers and footers stating the highest classification level.

    5.    Pursuant to Executive Order 13526, information classified at any level could be lawfully accessed only by persons determined by an appropriate United States government official to be eligible for access to classified information, who had signed an approved non-disclosure agreement, who received a security clearance, and who had a "need to know" the classified information. Classified information could only be stored or discussed in an approved facility.

## COUNT ONE

(Willful Transmission of National Defense Information)

6. The General Allegations above are fully incorporated here by reference.

7. On or about October 17, 2024, in an offense committed outside of the jurisdiction of any particular State or district of the United States, including Phnom Penh, Cambodia, within the extraterritorial jurisdiction of the United States and therefore within the venue of the United States District Court of the Eastern District of Virginia pursuant to Title 18, United States Code, Section 3238, as the District of the last known residence of the offender, defendant

## ASIF WILLIAM RAHMAN

having unauthorized possession of, access to, and control over a classified document relating to the national defense, willfully retained the document and failed to deliver it to the officer or employee of the United States entitled to receive it, and attempted to and did, in fact, willfully communicate, deliver, transmit, and cause to be communicated, delivered, and transmitted that document to a person not entitled to receive it, to wit, a document marked as classified at the TOP SECRET//SCI level which contained information relating to the national defense ("Document 1").

(In violation of Title 18, United States Code, Section 793(e)).

## COUNT TWO

(Willful Transmission of National Defense Information)

8. The General Allegations above are fully incorporated here by reference.

9. On or about October 17, 2024, in an offense committed outside of the jurisdiction of any particular State or district of the United States, including Phnom Penh, Cambodia, within the extraterritorial jurisdiction of the United States and therefore within the venue of the United States District Court of the Eastern District of Virginia pursuant to Title 18, United States Code, Section 3238, as the District of the last known residence of the offender, defendant

### ASIF WILLIAM RAHMAN

having unauthorized possession of, access to, and control over a classified document relating to the national defense, willfully retained the document and failed to deliver it to the officer or employee of the United States entitled to receive it, and attempted to and did, in fact, willfully communicate, deliver, transmit, and cause to be communicated, delivered, and transmitted that document to a person not entitled to receive it, to wit, a document marked as classified at the TOP SECRET//SCI level which contained information relating to the national defense ("Document 2").

(In violation of Title 18, United States Code, Section 793(e)).

A TRUE BILL

_____
Foreperson of the Grand Jury

JESSICA D. ABER
United States Attorney

MATTHEW G. OLSEN
Assistant Attorney General

By: _____
Troy A. Edwards
Anthony Rodregous
Assistant United States Attorneys

Brett Reynolds
Trial Attorney
Counterintelligence and Export Control Section
National Security Division

FORM OBD-34
APR. 91

No.: 1:24-CR-249

# UNITED STATES DISTRICT COURT

*Eastern District of Virginia*

*Alexandria Division*

## THE UNITED STATES OF AMERICA

v.

## ASIF WILLIAM RAHMAN

# INDICTMENT

Count 1: Willful Transmission of National Defense Information, in violation of 18 U.S.C. § 793(e)

Count 2: Willful Transmission of National Defense Information, in violation of 18 U.S.C. § 793(e)

A true bill.

_____ Foreman

Filed in open court this ___7___ day, of ___NOV___ A.D. 20 __24__

Clerk

Bail, $_____

11736273

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**UNDER SEAL**

United States of America
v.
ASIF WILLIAM RAHMAN
)
)  Case No. 1:24-CR-249
)
)
)
)
)

2024 NOV 08 10:07
UNITED STATES MARSHAL

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ASIF WILLIAM RAHMAN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

The defendant willfully transmitted national defense information, in violation of Title 18, United States Code, Section 793(e).

Date: 11/7/24

*Issuing officer's signature*

City and state: Alexandria, VA

Dani Zirk - Deputy Clerk
*Printed name and title*

**INFORMATION COPY ONLY**

Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

**NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.**

*Arresting officer's signature*

COPY

*Printed name and title*