OSHAWN N. ANDERSON
United States Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

MATTHEW G. OLSEN
Assistant Attorney General for National Security
Brett C. Reynolds
Trial Attorney
Counterintelligence and Export Control Section
National Security Division, U.S. Department of Justice
Washington, D.C. 20530
Brett.Reynolds@usdoj.gov
(202) 233-2113 (office) / (202) 704-9720 (cell)

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 24-00142 |
| Plaintiff, | |
| vs. | **WAIVER OF IDENTITY** |
| ASIF WILLIAM RAHMAN, | |
| Defendant. | |

FILED
DISTRICT COURT OF GUAM
NOV 14 2024
JEANNE G. QUINATA
CLERK OF COURT

The Defendant, ASIF WILLIAM RAHMAN, after advice of counsel, waives an identity hearing and consents to an issuance of an Order requiring his appearance in the Eastern District of Virginia where there is a warrant outstanding for his arrest.

DATE: 11/14/24

ASIF WILLIAM RAHMAN
Defendant

MATTHEW G. OLSEN
Assistant Attorney General

By: 

BRETT C. REYNOLDS
Trial Attorney
Counterintelligence and Export Control Section
National Security Division

1